**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**DAVID ARTHUR McMANNIS**                                                         **PLAINTIFF**

**v.**                                   **Civil No. 08-5221**

**BENTON COUNTY DETENTION CENTER;
JERREME REECE, Inmate, Benton County
Detention Center, CAPTAIN HUNTER
PETRAY, Commander of the Jail,
Benton County Detention Center; and
GUARD MONROE, Benton County
Detention Center**                                                             **DEFENDANTS**

**O R D E R**

Now on this 18th day of December, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #4, filed October 22, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's complaint is hereby **dismissed.**

**IT IS SO ORDERED.**

                                             **/s/Jimm Larry Hendren
                                             HON. JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE**